**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 26, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00096-CR

---

**WESLEY ROSS COLLIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 09CR3370**

---

## M E M O R A N D U M     O P I N I O N

Appellant was convicted of theft. After noticing this appeal, appellant filed a motion to dismiss the appeal informing us that the trial court had granted his motion for new trial.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v.*

*State*, 170 Tex. Crim. App. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.).  Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.
Do Not Publish ─ TEX. R. APP. P. 47.2(b)